

# Remarkable Healthcare
## Consolidated Balance Sheet
### As of September 30, 2023

|  | Seguin | Ft. Worth | Dallas | Prestonwood | LLC | Total |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash and Cash Equivilants | $517,944 | $253,307 | $96,283 | $378,966 | -$351,950 | $894,550 |
| Accounts Receivable | $487,676 | $2,188,808 | $1,953,761 | $1,477,991 | $0 | $6,108,235 |
| Other Current Assets | $911,518 | $1,262,643 | $823,150 | $737,026 | -$730,251 | $3,004,087 |
| **Total Current Assets** | $1,917,138 | $3,704,758 | $2,873,194 | $2,593,983 | -$1,082,201 | $10,006,872 |
| Fixed Assets (Net) | $183,985 | $710,085 | $750,069 | $1,188,900 | $163,204 | $2,996,243 |
| **Total Assets** | $2,101,124 | $4,414,842 | $3,623,263 | $3,782,883 | -$918,997 | $13,003,115 |
| **Liabilities** | | | | | | |
| Accounts Payable | $784,822 | $1,129,929 | $1,050,705 | $915,078 | $57,597 | $3,938,130 |
| Current Note Payable | $868,936 | $1,076,516 | $209,950 | $1,120,300 | $299,851 | $3,575,553 |
| Long Term Note Payables | $190,326 | $246,123 | $193,335 | $363,319 |  | $993,102 |
| Other Liabilities | $364,052 | $827,826 | $385,895 | $988,967 | $39,138 | $2,605,878 |
| Intercompany Accounts | -$4,268,447 | -$6,543,008 | $3,082,873 | $1,580,450 | $2,579,718 | -$3,568,413 |
| **Total Liabilities** | -$2,060,310 | -$3,262,614 | $4,922,756 | $4,968,114 | $2,976,305 | $7,544,250 |
| **Equity** | | | | | | |
| Owner Contributions, Net | $375,984 | $372,256 | $349,026 | -$35,341 | -$102,711 | $959,215 |
| Retained Earnings | $3,785,450 | $7,305,201 | -$1,648,520 | -$1,149,890 | -$3,792,590 | $4,499,650 |
| **Total Liabilities and Equity** | $2,101,124 | $4,414,842 | $3,623,263 | $3,782,883 | -$918,997 | $13,003,115 |
| **Balance** | $ - | $ - | $ - | $ - | $ - | $ - |

Footnote:

The accompanying financial statements have been adjusted retroactively to January 1, 2017 to record rent expense, since inception, on a cash basis which is not in accordance with generally accepted accounting principles. However, in the opinion of management, the cash basis more fairly reflects the economic operating results of the entities.