**Fill in this information to identify the case:**

Debtor name ___Remarkable Healthcare LLC___

United States Bankruptcy Court for the: ___Eastern___ District of ___Texas___
(State)

Case number (If known): ___23-42101___

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ability Network, Inc. PO Box 856015 Minneapolis, MN 55485 | | | | | | 9,662.07 |
| 2 | AT&T Mobility PO Box 6463 Carol Stream, IL 60197-6463 | | | | | | 3,446.81 |
| 3 | Blue Cross Blue Shield of Texas PO Box 731428 Dallas, TX 75373-1428 | | | | | | 4,776.20 |
| 4 | Carrington Coleman Sloman & Blumenthal, LLP 901 Main Street, Suite 5500 Dallas, TX 75202 | | | | | | 3,633.59 |
| 5 | Colleyville Lofts Venture LLC Attn: Accounting 1700 Pacific, Suite 1650 Dallas, TX 75201 | | | | | | 2,800.00 |
| 6 | Colonial Life PO Box 903 Columbia, SC 29202 | | | | | | 347.28 |
| 7 | Curtis | Law 901 Main Street, Suite 6515 Dallas, TX 75202 | | | | | | 12,928.19 |
| 8 | Dropbox | | | | | | 1,200.00 |

| Debtor | Remarkable Healthcare, LLC | | Case number *(if known)* | 23-42102 |
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Engie Resources Attn: Accounting PO Box 841680 Dallas, TX 75284 | | | | | | 10,501.33 |
| 10 | Exponent Technologies, Inc. 4970 Lankmark Place Dallas, TX 75254 | | | | | | 346.66 |
| 11 | IPFS PO Box 100391 Pasadena, CA 91189-00391 | | | | | | 2,330.64 |
| 12 | Isolved Benefit Services PO Box 889 Coldwater, MI 49036 | | | | | | 1,093.92 |
| 13 | Kaliber Data Security & Compliance 50 Franklin Street Boston, MA 02110 | | | | | | 4,124.35 |
| 14 | Landmark Lofts 144 Landa Street New Braunfels, TX 78130 | | | | | | 3,300.00 |
| 15 | Microsoft | | | | | | 890.00 |
| 16 | New Benefits Ltd. PO Box 803475 Dallas, TX 75380 | | | | | | 500.00 |
| 17 | Optima Healthcare Solutions, LLC PO Box 72046 Cleveland, OH 44192 | | | | | | 2,800.00 |
| 18 | Reserve Capital Group 100 Overlook Center, 2nd Floor Princeton, NJ 08540 | | | | | | 1,153.35 |
| 19 | Simply Work PO Box 2172 Neenah, WI 54957 | | | | | | 1,350.00 |
| 20 | WellSky Corporation 11300 Switzer Road Overland Park, KS 66210 | | | | | | 2,500.00 |