IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

REMARKABLE HEALTHCARE OF FORT WORTH, LP    Case No. 23-42102-btr-11

Debtor

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES MONTY J. BUHROW** of the law firm of LAW OFFICES OF MONTY J. BUHROW, PLLC, filing his appearance as attorney of record for creditor HART HVAC, LLC. Counsel requests service of all documents and notice of all hearings in this matter.

Respectfully submitted,

By: /s *Monty J. Buhrow*
Monty J. Buhrow
Texas Bar No. 24043582

LAW OFFICES OF MONTY J. BUHROW, PLLC
8701 W. Bedford-Euless Road, Suite 320
Hurst, Texas 76053
(817) 590-9400 – telephone
(817) 590-9402 – facsimile
*monty@mjblawgroup.com*

ATTORNEY FOR HART HVAC, LLC

**CERTIFICATE OF SERVICE**

      I certify that on January 29, 2024, a true and correct copy of the foregoing was served electronically upon all parties who receive ECF notice in this case, in addition to Debtor's counsel Mark A. Castillo, and the U.S. Trustee's office, all of whom received a copy of same via electronic mail.

      By:  /s  *__Monty J. Buhrow__*
                  Monty J. Buhrow