**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISON**

| | | |
|---|---|---|
| **REMARKABLE HEALTHCARE LLC,** § | | **CHAPTER 7** |
| § | | |
| § | | |
| § | | |
| **Debtor** § | | **CASE NO. 23-42102** |
| § | | |

**NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES,**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance on behalf of Quintairos, Prieto, Wood & Boyer, P.A. in the above-captioned proceeding, and requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Fed. R. Bankr. P. 2002, whether sent by the Court, the Debtors, or any other party in the case, be sent to the undersigned; and pursuant to Fed. R. Bankr. P. 2002(g), requests that the following be added to the Court's master mailing list:

Frank Alvarez
Quintairos, Prieto, Wood & Boyer, P.A.
1700 Pacific Avenue, Suite 4545
Dallas, Texas 75201
Telephone: (214)754-8755
Facsimile:  (214)754-8744
Email: frank.alvarez@qpwblaw.com


Barbara M. Pelaez
Quintairos, Prieto, Wood & Boyer, P.A.
1700 Pacific Avenue, Suite 4545
Dallas, Texas 75201
Telephone: (214)754-8755
Facsimile:  (214)754-8744
Email: barbara.pelaez@qpwblaw.com

Respectfully submitted,

By:    */s/ Frank Alvarez*
**FRANK ALVAREZ**
State Bar No. 00796122
**BARBARA M. PELAEZ**
State Bar No. 24067406

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
1700 Pacific Avenue, Suite 4545
Dallas, Texas 75201
Telephone: (214)754-8755
Facsimile:  (214)754-8744
Email: frank.alvarez@qpwblaw.com
Email: barbara.pelaez@qpwblaw.com

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 30th day of January, 2024, a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure upon the following counsel of record and per all parties er the Court's ECF system:

*/s/ Frank Alvarez*
**FRANK ALVAREZ**