IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>**REMARKABLE HEALTHCARE OF CARROLLTON LP,**<br>EIN: 5960<br><br>**REMARKABLE HEALTHCARE OF DALLAS, LP,**<br>EIN: 3418<br><br>**REMARKABLE HEALTHCARE OF FORT WORTH, LP,**<br>EIN: 1692<br><br>**REMARKABLE HEALTHCARE OF SEGUIN, LP,**<br>EIN: 4566<br><br>**REMARKABLE HEALTHCARE, LLC,**<br>EIN: 5142<br><br>DEBTORS. | Case No.:    23-42098<br>(Jointly Administered)<br><br>Chapter 11 |

**ORDER GRANTING PARTIAL RELIEF ON DOCKET 109, MOTION
TO VACATE AND/OR REVOKE ORDER DISMISSING BANKRUPTCY CASES**

On March 14, 2024, the Motion to Vacate and/or Revoke Order Dismissing Bankruptcy Cases (the "**Motion to Vacate**") [Dkt. 109] was filed by Remarkable Healthcare of Carrollton, LP and its affiliated debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-referenced, jointly administered case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure.

This matter having come before this Court and the Court having found that notice was good and sufficient; and at a hearing on March 19, 2024 (the "**Hearing**") the Court having considered the Motion to Vacate, any objections and responses to the Motion to Vacate which were filed with

1

the Court, all evidence introduced at the Hearing, and the positions of the parties as reflected in the transcript of Hearing; and sufficient cause appearing to the Court:

**IT IS THEREFORE ORDERED** that the Motion to Vacate is hereby **PARTIALLY GRANTED**, so as to **AMEND** the following Orders Dismissing the Bankruptcy Cases entered by this Court on February 9, 2024:

- *In re Remarkable Healthcare of Carrollton, LP*, numbered 23-42098 [Dkt. No. 103];

- *In re Remarkable Healthcare of Dallas, LP*, numbered 23-42099 [Dkt. No. 27];

- *In re Remarkable Healthcare of Fort Worth, LP*, numbered 23-42100 [Dkt. No. 31];

- *In re Remarkable Healthcare of Seguin, LP*, numbered 23-42101 [Dkt. No. 28]; and

- *In re Remarkable Healthcare, LLC*, numbered 23-42102 [Dkt. No. 32] (collectively the "**Dismissal Orders**"); and

**IT IS FURTHER ORDERED** that each of the Dismissal Orders is and are **AMENDED** by striking the following language from each of the Dismissal Orders: ~~with prejudice to refiling for 180 days from the date of this Order~~; and

**IT IS FURTHER ORDERED** that each of the Dismissal Orders is and are **AMENDED** to reflect the dismissal is <u>without prejudice to refiling</u>; and

**IT IS ORDERED** that the Court shall retain jurisdiction to enforce this Order and matters arising therefrom.

Signed on 03/20/2024

*Brenda T. Rhoades*   SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

4883-9830-9037, v. 1